**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CAUSE NO. 2:16-CR-174-JTM-JEM |
| ) | |
| DEANDREA DAVIS, ) | |
| Defendant. ) | |

**FINDINGS AND RECOMMENDATION OF THE MAGISTRATE JUDGE
UPON A PLEA OF GUILTY BY DEFENDANT DEANDREA DAVIS**

TO:   THE HONORABLE JAMES T. MOODY,
       UNITED STATES DISTRICT COURT

Upon Defendant Deandrea Davis's request to enter a plea of guilty pursuant to Rule 11 of the Federal Rules of Criminal Procedure, this matter came for hearing before Magistrate Judge John E. Martin on October 24, 2017, with the consent of Defendant Davis, counsel for Defendant Davis, and counsel for the United States of America.

The hearing on Defendant Davis's plea of guilty was in full compliance with Rule 11, Federal Rules of Criminal Procedure, before the Magistrate Judge in open court and on the record.

In consideration of that hearing and the statements made by Defendant Davis under oath on the record and in the presence of counsel, the remarks of the Assistant United States Attorney and of counsel for Defendant Davis,

I FIND as follows:

(1) that Defendant Deandrea Davis understands the nature of the charge against him to which the plea is offered;

(2) that Defendant Deandrea Davis understands his right to trial by jury, to persist in his plea of not guilty, to the assistance of counsel at trial, to confront and cross-examine adverse witnesses, and his right against compelled self-incrimination;

(3) that Defendant Deandrea Davis understands what the maximum possible sentence is, including the effect of the supervised release term, and Defendant Deandrea Davis understands that the sentencing guidelines apply and that the Court may depart from those guidelines under some circumstances;

(4) that the plea of guilty by Defendant Deandrea Davis has been knowingly and voluntarily made and is not the result of force or threats or of promises;

(5) that Defendant Deandrea Davis is competent to plead guilty;

(6) that Defendant Deandrea Davis understands that his answers may later be used against him in a prosecution for perjury or false statement;

(7) that there is a factual basis for Defendant Deandrea Davis's plea; and further,

I RECOMMEND that the Court accept Deandrea Davis's plea of guilty to the offenses charged in Counts 8 and 17 of the Second Superseding Indictment and that Defendant Deandrea Davis be adjudged guilty of the offense charged in Counts 8 and 17 of the Second Superseding Indictment and have sentence imposed. A Presentence Report has been ordered. Should this Report and Recommendation be accepted and Deandrea Davis be adjudged guilty, sentencing before Senior Judge James T. Moody will be set at a later date by separate order. Objections to the Findings and Recommendation are waived unless filed and served within fourteen (14) days. *See* 28 U.S.C. § 636(b)(1).

So ORDERED this 24th day of October, 2017.

s/ John E. Martin
MAGISTRATE JUDGE JOHN E. MARTIN
UNITED STATES DISTRICT COURT

cc:   All counsel of record
      Honorable James T. Moody